| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> EASTERN DISTRICT OF NEW YORK ) <br> ) <br> ) <br> **IN RE: PAMADRONATE PRODUCTS** ) <br> **LIABILITY LITIGATION** ) <br> ) <br> This document relates to 1:10-cv-00005- ) <br> KAM-SMG (*Wessel*) ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:09-md-2120-KAM-SMG <br><br> **STIPULATION EXTENDING TIME** <br><br> Judge: Kiyo A. Matsumoto <br><br> Magistrate Judge: Steven M. Gold |

NOW COME counsel for Plaintiffs and counsel for defendants APP Pharmaceuticals, Inc., Bedford Laboratories, Hospira, Inc., Sandoz Inc., and Teva Parenteral Medicines, Inc. (hereinafter "Generic Defendants") and hereby stipulate that said Generic Defendants shall have through July 12, 2010 within which to answer or otherwise respond to Plaintiffs' complaint.

This 5th day of March 2010.

| | |
|---|---|
| */s/James W. Huston* <br> James W. Huston <br> Erin M. Bosman <br> Crystal McKellar <br> MORRISON & FOERSTER LLP <br> 12531 High Bluff Drive <br> Suite 100 <br> San Diego, CA 92130 <br> (858) 720-5100 (Telephone) <br> (858) 720-5125 (Facsimile) <br><br> *Attorneys for Defendant APP Pharmaceuticals LLC* | */s/Jenifer N. Keenan* <br> Jane Fugate Thorpe <br> Scott A. Elder <br> Brendan G. Krasinski <br> Jenifer N. Keenan <br> ALSTON & BIRD LLP <br> 1201 W. Peachtree Street NE <br> Atlanta, Georgia 30309-3424 <br> (404) 881-7181 (Telephone) <br> (404) 881-7000 (Facsimile) <br><br> *Attorneys for Defendant Bedford Laboratories* |

- 2 -

| | |
|---|---|
| /s/Amber C. Wessels<br>Amber C. Wessels<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9594 (Telephone)<br>(212) 210-9444 (Facsimile)<br><br>*Attorneys for Defendant Bedford Laboratories* | /s/M. King Hill, III<br>M. King Hill, III<br>VENABLE LLP<br>210 Allegheny Avenue<br>P.O. Box 5517<br>Towson, Maryland 21285-5517<br>(410) 494-6260 (Telephone)<br>(410) 821-0147 (Facsimile)<br><br>*Attorney for Defendant Hospira, Inc.* |
| /s/Glenn S. Kerner<br>Glenn S. Kerner<br>Jonathan I. Price<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>(212) 459-7480 (Telephone)<br>(212) 355-3333 (Facsimile)<br><br>*Attorneys for Defendant Teva Parenteral Medicines, Inc.* | /s/Joe G. Hollingsworth<br>Joe G. Hollingsworth<br>Katharine R. Latimer<br>Robert E. Johnston<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, DC  20005<br>(202) 898-5800 (Telephone)<br>(202) 682-1639 (Facsimile)<br><br>*Attorneys for Defendant Sandoz Inc.* |

/s/John J. Vecchione
John Julian Vecchione
VALAD & VECCHIONE
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800

*Attorney for Plaintiffs*