

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS   TWENTY-FIFTH FLOOR
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

**Lawrence H. Cooke II**

**T** 212-
**F** 212.307.5598
lhcooke@venable.com

April 22, 2010

**VIA ECF**
**COURTESY COPIES BY UPS**

Honorable Kiyo Matsumoto
Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re: Pamidronate Products Liability Litigation*
             *Case No. 1:09-md-2120-KAM-SMG (E.D.N.Y)*

Dear Judge Matsumoto and Judge Gold:

    Yesterday, the defendants forwarded the attached letter to the Court via UPS mail. All counsel of record were sent a copy by e-mail as well. In accordance with the Court's rules, an electronic copy of that letter is now being filed as the attachment to this correspondence. Two courtesy copies are also being provided to the Court.

    Respectfully submitted,

    */s/ Lawrene H. Cooke II*
    Lawrence H. Cooke II
    *Attorneys for Defendant Hospira, Inc.*

LHC:bb
Attachments
BA2DOCS1/390525