| | Osborn Law Plaintiffs For Whom No Subpoena Has Been Served | | | |
|---|---|---|---|---|---|
| | Plaintiff/Estate Representative* | | Plaintiff/Decedent* | | City of Residence | State of Residence |
| 1 | Barnes | Patricia | Barnes | Patricia | Harrison | AR |
| 2 | Bell | Rebecca D. | Bell | Rebecca D. | Coal Hill | AR |
| 3 | Cartwright | Iris | Cartwright | Iris | Eleuthera | Bahamas 1 |
| 4 | Voorhies | Wanda | Voorhies | Robert J. | Newport Beach | CA |
| 5 | Workman | Jon | Workman | Jon | La Verne | CA |
| 6 | Andrews | Emma Lou | Andrews | Emma Lou | Boynton Beach | FL |
| 7 | Leadman | Monte | Leadman | Monte | Dunnellon | FL |
| 8 | Parmentier | Judith | Johnson | Linda H. | Poinciana | FL |
| 9 | Rosen | Rita | Rosen | Rita | Woodstock | GA |
| 10 | Wilson | Shelby | Wilson | Georgiann | Gary | IN |
| 11 | Levin | Rhoda | Levin | Rhoda | Germantown | MD |
| 12 | Burke | Cynthia | Burke | Ed | Southgate | MI |
| 13 | Schnelle | Betty | Schnelle | Betty | Grover | MO |
| 14 | Broyles | Kyle E. | Broyles | Kyle E. | Oxford | MS |
| 15 | Garrett | Pat | Garrett | Pat | Southaven | MS |
| 16 | Gombac | Jocelyn | Amerson | Nettie | Jersey City | NJ |
| 17 | Pluta | Cathleen | Begley, Jr. | Joseph | Franklinville | NJ |
| 18 | Dasaro | Janet | Gray | Ann | Massapequa | NY |
| 19 | Guilbeau | Elaine | Guilbeau | Elaine | Corning | NY |
| 20 | Bartoli | John | Bartoli | John | Kingston | PA |
| 21 | Miscovich | Greg | Miscovich | Greg | Latrobe | PA |
| 22 | Rusk | Darlene | Rusk | Darlene | Bernville | PA |
| 23 | Hillock | Liz | Hillock | Liz | Bartlett | TN |
| 24 | Duarte | Lauren | Wilson | Sue L. | West Valley City | UT |
| 25 | Summers | Martha | Summers | Martha | Bountiful | UT |
| 26 | Lang | Marilyn | Lang | Marilyn | Arlington | VA |
| 27 | MacMurtry, Sr. | David | MacMurtry | Phyllis | Poultney | VT |
| 28 | Balter | Anaya | Balter | Gaylah | Olympia | WA |
| 29 | Chambers | Patricia | Chambers | Patricia | Clarkston | WA |
| 30 | Sweet | Gloria | Sweet | Gloria | Milwaukee | WI |

*Addendum A to the *Bartoli* complaint does not label the columns or otherwise indicate, where the names in the columns are different, which name is the estate representative and which is the decedent. It is defendants' understanding and belief, based upon the subpoenas that have been provided, that the names in the first two columns represent the named plaintiffs/estate representatives, and that the names in the second two columns represent the plaintiffs/decedents.

sd-516508