UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                :
In re: PAMIDRONATE PRODUCTS  :
LIABILITY LITIGATION             :  Case No. 1:09-md-02120-KAM-SMG
Case No. 1:09-md-02120-KAM-SMG  :
                :
---------------------------------------------------------------- X

## PLAINTIFFS' MOTION TO EXTEND THE TIME TO AMEND
## THE PLEADINGS IN THIS MULTIDISTRICT LITIGATION

      Plaintiffs hereby respectfully move this Court to extend the time to amend the pleadings in this multidistrict litigation from August 20, 2010, to October 20, 2010. The additional time requested by plaintiffs is necessary to enable plaintiffs to continue their product identification efforts in these cases, i.e., their efforts to identify one or more manufacturers responsible for the pamidronate given to each plaintiff. This motion is brought on behalf of all plaintiffs in this multidistrict litigation. In support of this motion, plaintiffs rely on the accompanying Declaration of Philip J. Miller, Esq.

Counsel for plaintiffs asked counsel for defendants if defendants would consent to the motion. Defendants said they would consent but only on conditions unacceptable to plaintiffs.

Dated: August 19, 2010

        Respectfully submitted,

        OSBORN LAW, P.C.

By:    _s/ Daniel A. Osborn_____
        Daniel A. Osborn, Esq.
        295 Madison Avenue, 39th Floor
        New York, New York 10175
        Telephone:   (212) 725-9800
        Facsimile:    (212) 725-9808

        VALAD & VECCHIONE, PLLC

By:    _s/ John J. Vecchione_____
        John J. Vecchione, Esq.
        Bart T. Valad, Esq.
        3863 Plaza Drive
        Fairfax, VA 22030
        Telephone:   (703) 352-4800
        Facsimile:    (703) 352-4820

        PITTMAN, GERMANY, ROBERTS & WELSH LLP

By:    _s/ Robert G. Germany_____
        Robert G. Germany, Esq.
        410 South President Street
        Jackson, Mississippi 39201
        Telephone:   601.948.6200
        Facsimile:    601-948-6187

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Daniel A. Osborn, hereby certify under penalty of perjury that on August 19, 2010, a copy of the foregoing **PLAINTIFFS' MOTION TO EXTEND THE TIME TO AMEND THE PLEADINGS IN THIS MULTIDISTRICT LITIGATION** was served on all counsel of record, including the following attorneys, by way of this Court's electronic case filing system:

Joe G. Hollingsworth, Esq.
Katharine R. Latimer, Esq.
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005-3305
Telephone:   (202) 898-5800

*Attorneys for Defendant*
*Sandoz Inc.*

Jane Fugate Thorpe, Esq.
Scott A. Elder, Esq.
ALSTON & BIRD LLP
1201 W. Peachtree Street NE
Atlanta, Georgia 30309-3424
Telephone:   (404) 881-7181

*Attorneys for Defendant*
*Bedford Laboratories*

James W. Huston, Esq.
Erin M. Bosman, Esq.
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130
Telephone:   (858) 720-5100

*Attorneys for Defendant*
*APP Pharmaceuticals, Inc.*

Glenn S. Kerner, Esq.
Jonathan I. Price, Esq.
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone:   (212) 459-7480

*Attorneys for Defendant*
*Teva Parenteral Medicines, Inc.*

Christina L. Gaarder, Esq.
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone:   (410) 244-7638

*Attorneys for Defendant*
*Hospira, Inc.*

Dated:  August 19, 2010                    By:    s/ Daniel A. Osborn
                                                  Daniel A. Osborn