UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                            :

In re: PAMIDRONATE PRODUCTS     :   Case No. 1:09-md-02120-KAM-SMG
LIABILITY LITIGATION                      :

                                            :
---------------------------------------------------------------- X

### DECLARATION OF PHILIP J. MILLER IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND THE TIME TO AMEND THE PLEADINGS IN THIS MULTIDISTRICT LITIGATION

PHILIP J. MILLER, ESQ., of full age, hereby declares as follows:

1. I am an attorney duly admitted to practice before this Court and am one of the attorneys representing plaintiffs in this multidistrict litigation ("MDL"). I make the statements contained in this Declaration based on my own knowledge, the records maintained by Osborn Law, P.C., and discussions with other counsel for plaintiffs at Osborn Law, P.C. and/or Valad & Vecchione, PLLC.

2. I submit this declaration in support of plaintiffs' motion to extend the time to amend the pleadings from August 20, 2010, to October 20, 2010.

3. To date, the majority of plaintiff's with claims in this MDL are represented by Osborn Law, P.C. or Valad & Vecchione, PLLC. The plaintiffs represented by these two firms make this motion on behalf of all plaintiffs in this MDL.

4. The additional time sought by plaintiffs is necessary to enable plaintiffs to continue their product identification efforts in these cases, i.e., their efforts to identify one or more manufacturers responsible for the pamidronate (discussed below) given to each plaintiff.

At this time, plaintiffs do not anticipate amending the complaints to add or dismiss causes of action. Instead, plaintiffs anticipate amending the complaints to dismiss claims brought by certain plaintiffs or to amend the claims to identify specific manufacturers where possible.

5. As the Court knows, plaintiffs in this MDL allege that they developed osteonecrosis of the jaw as a result of being treated with pamidronate, a bisphosphonate drug typically prescribed in conjunction with cancer treatments.

6. Until approximately May, 2001, pamidronate was only available under the brand name Aredia, manufactured and sold by Novartis Pharmaceuticals Corporation.

7. After May, 2001, pamidronate could be manufactured and sold as a generic drug. At different times after May, 2001, and for different lengths of time, each of the defendants in this MDL did manufacture and sell generic pamidronate.

8. As far as plaintiffs know, there is no difference between the brand name Aredia manufactured and sold by Novartis and any of the generic pamidronate manufactured and sold by defendants in this MDL.

9. Pamidronate is given to patients intravenously. Patients, including plaintiffs in this MDL, do not obtain this drug from a pharmacy. Moreover, patients, including plaintiffs in this MDL, do not typically receive any written materials identifying the manufacturer of the drug with which they are treated.

10. Because of the nature of the drug (a generic drug with no distinguishing characteristics from manufacturer to manufacturer) and how the drug was administered (intravenously at a cancer or infusion center), plaintiffs rarely have manufacturer information and it is difficult to obtain this information.

11. Since before this litigation commenced, most, if not all, of the plaintiffs with

claims in this MDL have been attempting to identify the specific manufacturer or manufacturers of the drug they received.

12. Product identification efforts have continued during this MDL. Plaintiffs have requested and/or subpoenaed their medical records from their oncologists and/or infusion centers. Plaintiffs also have requested and/or subpoenaed records from their insurers.

13. It appears that for all of the defendant manufacturers in this MDL, sales were made to wholesalers, who in turn sold to doctors and infusion centers. As a result, plaintiffs asked for, and were given permission, to serve interrogatories (two altogether) asking the manufacturers to identify the wholesalers to whom they sold their pamidronate.

14. On or about July 8, 2010, each of the five manufacturer defendants responded to the two interrogatories. Each defendant included a list with its interrogatory responses purportedly identifying its wholesalers. Based on comments made at one or more of the Court conferences in this MDL, and in conversations among counsel, plaintiffs believed the lists of wholesalers would identify a fairly limited number of entities, i.e., between ten and twenty wholesalers.

15. Surprisingly, the five lists of "wholesalers" provided by the various defendants included more than **6,800** entries in total and individual businesses were often identified numerous times, presumably for each sale of pamidronate made to that entity. (See Exhibit A for an example of the types of entries included on defendants' lists of wholesalers. We have redacted the document to protect confidentiality.) After many hours spent reviewing these lists and editing out duplicative names of businesses, plaintiffs still had more than two hundred and forty entities to consider. Upon further review, it became apparent that defendants did not simply list their wholesalers, but also included affiliates, subsidiaries and/or distribution centers

of individual wholesalers. Accordingly, plaintiffs have had to spend a great deal of additional time and energy paring down these lists to actual wholesalers in order to prepare proper subpoenas. At this time, plaintiffs are in the process of serving subpoenas on the appropriate wholesalers.

16. Plaintiffs remain convinced that the wholesalers can provide valuable information which will be helpful in plaintiffs' product identification efforts in these case. (See Exhibit B for an example of the type of information one plaintiff received from a wholesaler in a case presently pending in another jurisdiction. The NDC number listed in the document identifies a specific manufacturer's pamidronate.)

17. Osborn Law filed claims in this MDL on behalf of 159 plaintiffs. To date, as a result of our product identification efforts, we have determined that the claims asserted by 30 plaintiffs will be dismissed (their cases against Novartis in a separate MDL will continue). In addition, we have been able to identify a specific manufacturer(s) for 17 other plaintiffs, allowing us to dismiss claims against the other defendants in those instances.

18. Valad & Vecchione filed claims in this MDL on behalf of 16 plaintiffs. To date, as a result of their product identification efforts, they have been able to identify a specific manufacturer(s) for 6 plaintiffs, allowing them to dismiss claims against the other defendants in those instances. Further, Valad & Vecchione Plaintiffs are moving to sever their claims so as to make amendment of each claim administratively easier.

19. Plaintiffs seek additional time to amend the pleadings so that they can continue their product identification efforts. Defendants will not be prejudiced if this motion is granted.

20. Counsel for plaintiffs asked counsel for defendants if defendants would consent to the motion. Defendants said they would consent but only on conditions unacceptable to

plaintiffs.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 19, 2010

_____
Philip J. Miller

## CERTIFICATE OF SERVICE

I, Philip J. Miller, hereby certify under penalty of perjury that on August 19, 2010, a copy of the foregoing **DECLARATION OF PHILIP J. MILLER IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND THE TIME TO AMEND THE PLEADINGS IN THIS MULTIDISTRICT LITIGATION** was served upon all counsel of record, including the following attorneys, by way of this Court's electronic case filing system:

Joe G. Hollingsworth, Esq.
Katharine R. Latimer, Esq.
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005-3305
Telephone:   (202) 898-5800

*Attorneys for Defendant
Sandoz Inc.*

James W. Huston, Esq.
Erin M. Bosman, Esq.
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130
Telephone:   (858) 720-5100

*Attorneys for Defendant
APP Pharmaceuticals, Inc.*

Christina L. Gaarder, Esq.
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone:   (410) 244-7638

*Attorneys for Defendant
Hospira, Inc.*
Dated: August 19, 2010

Jane Fugate Thorpe, Esq.
Scott A. Elder, Esq.
Brendan G. Krasinski, Esq.
ALSTON & BIRD LLP
1201 W. Peachtree Street NE
Atlanta, Georgia 30309-3424
Telephone:   (404) 881-7181

*Attorneys for Defendant
Bedford Laboratories*

Glenn S. Kerner, Esq.
Jonathan I. Price, Esq.
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone:   (212) 459-7480

*Attorneys for Defendant
Teva Parenteral Medicines, Inc.*

By: _____
Philip J. Miller

EXHIBIT A

IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION
CASE NO. 1:09-MD-2120-KAM-SMG

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Customer Name | Address | City State Zip | Product List Number | Product Description | Sales Units | Sales Date |
| 6327 | MORRIS & DICKSON CO LLC | 10301 HWY 1 S | SHREVEPORT, LA 71115 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/12/2007 |
| 6328 | MCKESSON DRUG CO | 38220 PLYMOUTH RD | LIVONIA, MI 48150 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/12/2007 |
| 6329 | MCKESSON DRUG CO | 3003 AIRPORT RD | LA CROSSE, WI 54603 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 4/12/2007 |
| 6330 | MCKESSON DRUG CO | 2975 EVERGREEN DR | DULUTH, GA 30096 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/12/2007 |
| 6331 | MCKESSON DRUG CO | 2975 EVERGREEN DR | DULUTH, GA 30096 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 4/11/2007 |
| 6332 | CARDINAL HLTH | 2901 ENLOE ST | HUDSON, WI 54016 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 4/11/2007 |
| 6333 | AMERISOURCEBERG DRUG | 6810 SHADY OAK RD | EDEN PRAIRIE, MN 55344 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/10/2007 |
| 6334 | MCKESSON CORPORATION | 9700 SW COMMERCE CTR | WILSONVILLE, OR 97070 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/10/2007 |
| 6335 | CARDINAL HLTH | 4875 FLORENCE ST | DENVER, CO 80238 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/10/2007 |
| 6336 | AMERISOURCE BERGEN | 5100 JAINDL BLVD | BETHLEHEM, PA 18017 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/10/2007 |
| 6337 | AMERISOURCEBERG DRUG | 2100 DIRECTORS ROW | ORLANDO, FL 32809 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/9/2007 |
| 6338 | AMERISOURCEBERG DRUG | 101 NORFOLK ST | MANSFIELD, MA 02048 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/9/2007 |
| 6339 | CARDINAL HLTH | 7601 NE GARDNER AVE | KANSAS CITY, MO 64120 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/6/2007 |
| 6340 | MCKESSON DRUG CO | 4012 S PURDUE ST | OKLAHOMA CITY, OK 73179 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/6/2007 |
| 6341 | MCKESSON CORPORATION | 3301 POLLOK DR | CONROE, TX 77303 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/6/2007 |
| 6342 | AMERISOURCEBERG DRUG CO | 100 FRIARS BLVD | THOROFARE, NJ 08086 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 4/6/2007 |
| 6343 | MCKESSON DRUG CO | 2700 N AMERICA DR | WEST SENECA, NY 14224 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/5/2007 |
| 6344 | CARDINAL HLTH | 2353 PROSPECT DR | AURORA, IL 60502 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 4/5/2007 |
| 6345 | MCKESSON CORPORATION | 495 S 107TH AVE | TOLLESON, AZ 85353 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/5/2007 |
| 6346 | CARDINAL HLTH | 6012 E MOLLOY RD | SYRACUSE, NY 13211 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/5/2007 |
| 6347 | MCKESSON CORPORATION | 3000 KENSKILL AVE | WASHINGTON COURT HOU, OH 43160 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 4/4/2007 |
| 6348 | AMERISOURCEBERG DRUG | 1 INDSTRL PARK DR | WILLIAMSTON, MI 48895 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 4/4/2007 |
| 6349 | MCKESSON DRUG CO | 280 DIVIDEND RD | ROCKY HILL, CT 06067 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/4/2007 |
| 6350 | AMERISOURCEBERG DRUG | 1 INDSTRL PARK DR | WILLIAMSTON, MI 48895 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 4/4/2007 |
| 6351 | AMERISOURCEBERGEN DRUG | 11200 N CONGRESS AVE | KANSAS CITY, MO 64153 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 4/4/2007 |
| 6352 | AMERISOURCEBERG DRUG | 1851 CALIFORNIA AVE | CORONA, CA 92881 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/3/2007 |
| 6353 | CARDINAL HLTH EARTH CITY | 2840 ELM PT INDUST DR | SAINT CHARLES, MO 63301 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 4/3/2007 |
| 6354 | AMERISOURCEBERG DRUG | 101 NORFOLK ST | MANSFIELD, MA 02048 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/3/2007 |
| 6355 | AMERISOURCEBERG DRUG | 1085 N SATELLITE BLVD | SUWANEE, GA 30024 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/2/2007 |
| 6356 | CARDINAL HLTH | 851 HENRIETTA CREEK RD | ROANOKE, TX 76262 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/2/2007 |
| 6357 | CARDINAL HLTH | 600 N 83RD AVE | TOLLESON, AZ 85353 | | PAMIDRONATE DISODIUM INJ 3 MG/ML 10ML SDV | | 4/2/2007 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | Customer Name | Address | City State Zip | Product List Number | Product Description | Sales Units | Sales Date |
|---|---|---|---|---|---|---|---|
| 6272 | MCKESSON DRUG CO | 2700 N AMERICA DR | WEST SENECA, NY,14224 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 5/11/2007 |
| 6273 | MCKESSON DRUG CO | 1515 KENDRICK LANE | LAKELAND, FL,33805 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 5/11/2007 |
| 6274 | AMERISOURCE BERGEN | 5100 JAINDL BLVD | BETHLEHEM, PA,18017 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 5/11/2007 |
| 6275 | MCKESSON DRUG | 520 E NORTH AVE | CAROL STREAM, IL,60188 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 5/11/2007 |
| 6276 | CARDINAL HLTH | 4 CARDINAL HEALTH CT | GREENSBORO, NC,27407 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 5/11/2007 |
| 6277 | AMERISOURCEBERG DRUG | 8605 EBENEZER CHURCH F | RALEIGH, NC,27617 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 5/11/2007 |
| 6278 | MCKESSON DRUG CO | 322 N 3RD ST | PADUCAH, KY,42001 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 5/1/2007 |
| 6279 | AMERISOURCEBERG DRUG CO | 101 NORFOLK ST | MANSFIELD, MA,02048 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/30/2007 |
| 6280 | MCKESSON DRUG CO | 280 DIVIDEND RD | ROCKY HILL, CT,06067 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/30/2007 |
| 6281 | MCKESSON DRUG CO | 400 DELRAN PKWY | DELRAN, NJ,08075 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/30/2007 |
| 6282 | CARDINAL HLTH | 14601 CNTY 212 | FINDLAY, OH,45840 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/30/2007 |
| 6283 | AMERISOURCEBERG DRUG | 101 NORFOLK ST | MANSFIELD, MA,02048 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/30/2007 |
| 6284 | AMERISOURCEBERG DRUG | 101 NORFOLK ST | MANSFIELD, MA,02048 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/27/2007 |
| 6285 | AMERISOURCEBERG DRUG | 501 W 44TH AVE | DENVER, CO,80216 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/27/2007 |
| 6286 | MCKESSON DRUG CO | 4012 S PURDUE ST | OKLAHOMA CITY, OK,73179 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/27/2007 |
| 6287 | CARDINAL HLTH | 6012 E MOLLOY RD | SYRACUSE, NY,13211 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/27/2007 |
| 6288 | KING DRUG CO OF FLORENCE | 605 W LUCAS ST | FLORENCE, SC,29501 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/27/2007 |
| 6289 | MCKESSON CORPORATION | 495 S 107TH AVE | TOLLESON, AZ,85353 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/26/2007 |
| 6290 | AMERISOURCEBERGEN DRUG | 11200 N CONGRESS AVE | KANSAS CITY, MO,64153 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/26/2007 |
| 6291 | MCKESSON DRUG CO | 38220 PLYMOUTH RD | LIVONIA, MI,48150 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/26/2007 |
| 6292 | CARDINAL HLTH | 801C ST NW# B | AUBURN, WA,98001 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/26/2007 |
| 6293 | MCKESSON DRUG CO | 3003 AIRPORT RD | LA CROSSE, WI,54603 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/25/2007 |
| 6294 | CARDINAL HLTH | 11 CENTENNIAL DR | PEABODY, MA,01960 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/25/2007 |
| 6295 | MCKESSON DRUG CO | 2700 N AMERICA DR | WEST SENECA, NY,14224 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/25/2007 |
| 6296 | CARDINAL HLTH | 11 CENTENNIAL DR | PEABODY, MA,01960 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/25/2007 |
| 6297 | MCKESSON DIST WHSLE | 7721 POLK ST | LANDOVER, MD,20785 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/25/2007 |
| 6298 | AMERISOURCE BERGEN DRUG | 1001 W TAYLOR RD | ROMEOVILLE, IL,60446 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/24/2007 |
| 6299 | MCKESSON DRUG CO | 1515 KENDRICK LANE | LAKELAND, FL,33805 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/24/2007 |
| 6300 | MCKESSON DRUG CO | 280 DIVIDEND RD | ROCKY HILL, CT,06067 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/24/2007 |
| 6301 | MCKESSON DRUG CO | 400 DELRAN PKWY | DELRAN, NJ,08075 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/24/2007 |
| 6302 | CARDINAL HLTH | 14601 CNTY 212 | FINDLAY, OH,45840 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/24/2007 |
| 6303 | AMERISOURCEBERG DRUG CO | 322 N 3RD ST | PADUCAH, KY,42001 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/23/2007 |
| 6304 | AMERISOURCEBERG DRUG | 1325 W STRIKER AVE | SACRAMENTO, CA,95834 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/23/2007 |
| 6305 | AMERISOURCEBERG DRUG | 101 NORFOLK ST | MANSFIELD, MA,02048 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/23/2007 |
| 6306 | MCKESSON DRUG CO | 4012 S PURDUE ST | OKLAHOMA CITY, OK,73179 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/20/2007 |
| 6307 | AMERISOURCE BERGEN DRUG | 1001 W TAYLOR RD | ROMEOVILLE, IL,60446 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/20/2007 |
| 6308 | AMERISOURCEBERG DRUG CO | 100 FRIARS BLVD | THOROFARE, NJ,08086 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/19/2007 |
| 6309 | AMERISOURCEBERG DRUG | 501 W 44TH AVE | DENVER, CO,80216 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/19/2007 |
| 6310 | MCKESSON DRUG CO | 38220 PLYMOUTH RD | LIVONIA, MI,48150 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/19/2007 |
| 6311 | MCKESSON DRUG CO | 3003 AIRPORT RD | LA CROSSE, WI,54603 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/18/2007 |
| 6312 | AMERISOURCEBERG DRUG | 1085 N SATELLITE BLVD | SUWANEE, GA,30024 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/18/2007 |
| 6313 | MCKESSON CORPORATION | 9700 SW COMMERCE CTR | WILSONVILLE, OR,97070 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/18/2007 |
| 6314 | MCKESSON DRUG CO | 3003 AIRPORT RD | LA CROSSE, WI,54603 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/18/2007 |
| 6315 | MCKESSON DRUG CO | 1 INDSTRL PARK DR | WILLIAMSTON, MI,48895 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/18/2007 |
| 6316 | MCKESSON DRUG CO | 1 COMMERCE DR | OFALLON, MO,63366 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/17/2007 |
| 6317 | AMERISOURCEBERG DRUG CO | 322 N 3RD ST | PADUCAH, KY,42001 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/17/2007 |
| 6318 | MCKESSON DRUG CO | 2700 N AMERICA DR | WEST SENECA, NY,14224 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/17/2007 |
| 6319 | AMERISOURCE BERGEN DRUG | 1001 W TAYLOR RD | ROMEOVILLE, IL,60446 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/17/2007 |
| 6320 | AMERISOURCE BERGEN DRUG CO | 322 N 3RD ST | PADUCAH, KY,42001 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/16/2007 |
| 6321 | AMERISOURCE BERGEN | 501 PATRIOT PARKWAY | ROANOKE, TX,76262 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/16/2007 |
| 6322 | AMERISOURCEBERG DRUG | 6305 LASALLE DR | LOCKBOURNE, OH,43137 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/16/2007 |
| 6323 | AMERISOURCEBERG DRUG | 6305 LASALLE DR | LOCKBOURNE, OH,43137 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/16/2007 |
| 6324 | AMERISOURCEBERG DRUG | 101 NORFOLK ST | MANSFIELD, MA,02048 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/13/2007 |
| 6325 | AMERISOURCEBERG DRUG | 101 NORFOLK ST | MANSFIELD, MA,02048 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 4/13/2007 |
| 6326 | MCKESSON DRUG CO | 3003 AIRPORT RD | LA CROSSE, WI,54603 | | PAMIDRONATE DISODIUM INJ 3 MG/ML, 10ML SDV | | 4/12/2007 |

115

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION
CASE NO. 1:09-MD-2120-KAM-SMG

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Customer Name | Address | City, State, Zip | Product List Number | Product Description | Sales Units | Sales Date |
| 57 | CARDINAL HLTH | 3328 DWIGHT RD | ELK GROVE, CA,95758 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 58 | CARDINAL HLTH | 6012 E MOLLOY RD | SYRACUSE, NY,13211 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 59 | MCKESSON DRUG CO | 2975 EVERGREEN DR | DULUTH, GA,30096 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 60 | CARDINAL HLTH | 600 N 83RD AVE | TOLLESON, AZ,85353 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 61 | CARDINAL HLTH | 27680 AVE MENTRY | VALENCIA, CA,91355 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 62 | MCKESSON CORPORATION | 3775 SEAPORT BLVD | WEST SACRAMENTO, CA,95691 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 63 | CARDINAL HLTH | 1240 GLUCKSTADT RD | MADISON, MS,39110 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 64 | MCKESSON CORPORATION | 3301 POLLOK DR | CONROE, TX,77303 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 65 | MCKESSON CORPORATION | 3775 SEAPORT BLVD | WEST SACRAMENTO, CA,95691 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 66 | CARDINAL HLTH | 2512 WESTCOTT BLVD | KNOXVILLE, TN,37931 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 67 | AMERISOURCEBERGEN DRUG | 101 NORFOLK ST | MANSFIELD, MA,02048 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/25/2010 |
| 68 | CARDINAL HLTH | 600 N 83RD AVE | TOLLESON, AZ,85353 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 6/25/2010 |
| 69 | AMERISOURCEBERGEN DRUG | 11200 N CONGRESS AVE | KANSAS CITY, MO,64153 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 6/25/2010 |
| 70 | MCKESSON CORPORATION | 1900 S 4490TH W | SALT LAKE CITY, UT,84104 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/24/2010 |
| 71 | MCKESSON DRUG CO | 7009 S 108TH ST | LA VISTA, NE,68128 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/24/2010 |
| 72 | MCKESSON DRUG CO | 38220 PLYMOUTH RD | LIVONIA, MI,48150 | | PAMIDRONATE DISODIUM INJ 9 MG/ML, 10 ML SDV | | 6/24/2010 |
| 73 | CARDINAL HLTH | 2700 N AMERICA DR | WEST SENECA, NY,14224 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/24/2010 |
| 74 | MCKESSON DRUG CO | 1120 COMMERCE BLVD | SWEDESBORO, NJ,08085 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/24/2010 |
| 75 | MCKESSON DRUG CO | 2975 EVERGREEN DR | DULUTH, GA,30096 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/24/2010 |
| 76 | MCKESSON DRUG CO | 80 SAND ISLAND ACCESS R | HONOLULU, HI,96819 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/24/2010 |
| 77 | CARDINAL HLTH | 1120 COMMERCE BLVD | SWEDESBORO, NJ,08085 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 6/24/2010 |
| 78 | AMERISOURCEBERGEN DRUG | 11200 N CONGRESS AVE | KANSAS CITY, MO,64153 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 6/24/2010 |
| 79 | MCKESSON CORPORATION | 9501 NORWALK BLVD | SANTA FE SPRINGS, CA,90670 | | PAMIDRONATE DISODIUM INJ 9 MG/ML, 10 ML SDV | | 6/24/2010 |
| 80 | CARDINAL HLTH | 801C ST NW# B | AUBURN, WA,98001 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 6/23/2010 |
| 81 | CARDINAL HLTH | 6810 SHADY OAK RD | EDEN PRAIRIE, MN,55344 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 82 | MCKESSON CORPORATION | 3301 POLLOK DR | CONROE, TX,77303 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 83 | MCKESSON DRUG CO | 3003 AIRPORT RD | LA CROSSE, WI,54603 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 84 | AMERISOURCEBERGEN DRUG | 2100 DIRECTORS ROW | ORLANDO, FL,32809 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 6/23/2010 |
| 85 | MCKESSON DRUG CO | 3003 AIRPORT RD | LA CROSSE, WI,54603 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 86 | MCKESSON DRUG CO | 1515 KENDRICK LANE | LAKELAND, FL,33805 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 87 | CARDINAL HLTH | 6012 E MOLLOY RD | SYRACUSE, NY,13211 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 88 | MCKESSON DRUG CO | 3230 SPRUCE ST | LITTLE CANADA, MN,55117 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 89 | CARDINAL HLTH | 801C ST NW# B | AUBURN, WA,98001 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 90 | CARDINAL HLTH | 2353 PROSPECT DR | AURORA, IL,60502 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 91 | CARDINAL HLTH | 955 WEST 3100 SOUTH | SOUTH SALT LAKE, UT,84119 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 92 | AMERISOURCEBERG DRUG | 9900 JEB STUART PKWY | GLEN ALLEN, VA,23059 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 93 | CARDINAL HLTH | 11 CENTENNIAL DR | PEABODY, MA,01960 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 94 | CARDINAL HLTH | 4 CARDINAL HEALTH CT | GREENSBORO, NC,27407 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 95 | MCKESSON DIST WHSLE | 7721 POLK ST | LANDOVER, MD,20785 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 96 | CARDINAL HLTH | 851 HENRIETTA CREEK RD | ROANOKE, TX,76262 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 97 | MCKESSON DRUG CO | 400 DELRAN PKWY | DELRAN, NJ,08075 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 98 | MCKESSON DRUG CO | 3003 AIRPORT RD | LA CROSSE, WI,54603 | | PAMIDRONATE DISODIUM INJ 9 MG/ML, 10 ML SDV | | 6/23/2010 |
| 99 | MCKESSON DRUG CO | 3230 SPRUCE ST | LITTLE CANADA, MN,55117 | | PAMIDRONATE DISODIUM INJ 9 MG/ML, 10 ML SDV | | 6/23/2010 |
| 100 | MCKESSON DRUG CO | 1825 S 43RD AVE #B | PHOENIX, AZ,85009 | | PAMIDRONATE DISODIUM INJ 9 MG/ML, 10 ML SDV | | 6/23/2010 |
| 101 | KING DRUG CO OF FLORENCE | 605 W LUCAS ST | FLORENCE, SC,29501 | | PAMIDRONATE DISODIUM INJ 9 MG/ML, 10 ML SDV | | 6/23/2010 |
| 102 | AMERISOURCEBERGEN DRUG | 6810 SHADY OAK RD | EDEN PRAIRIE, MN,55344 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 103 | CARDINAL HLTH | 7601 NE GARDNER AVE | KANSAS CITY, MO,64120 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 104 | CARDINAL HLTH | 500 JERRY STEELE LN | MCDONOUGH, GA,30253 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 105 | MCKESSON DRUG CO | 400 DELRAN PKWY | DELRAN, NJ,08075 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 106 | CARDINAL HLTH | 4 CARDINAL HEALTH CT | GREENSBORO, NC,27407 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/23/2010 |
| 107 | MCKESSON CORPORATION | 3000 KENSKILL AVE | WASHINGTON COURT HOU, OH,43160 | | PAMIDRONATE DISODIUM INJ 10 ML SDV | | 6/23/2010 |
| 108 | MCKESSON DRUG CO | 2798 NEW BUTLER #RD-205 | NEW CASTLE, PA,16101 | | PAMIDRONATE DISODIUM INJ 10 ML SDV | | 6/23/2010 |
| 109 | AMERISOURCEBERG DRUG | 6305 LASALLE DR | LOCKBOURNE, OH,43137 | | PAMIDRONATE DISODIUM INJ 6 MG/ML, 10ML SDV | | 6/22/2010 |
| 110 | AMERISOURCE BERGEN | 501 PATRIOT PARKWAY | ROANOKE, TX,76262 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/22/2010 |
| 111 | MCKESSON DRUG CO | 280 DIVIDEND RD | ROCKY HILL, CT,06067 | | PAMIDRONATE DISODIUM INJ 3MG/ML, 10ML SDV | | 6/22/2010 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION
CASE NO. 1:09-MD-2120-KAM-SMG

| | A Customer Name | B Address | C City, State, Zip | D Product List Number | E Product Description | F Sales Units | G Sales Date |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | CARDINAL HLTH | 6012 COMMERCE BLVD | SWEDESBORO, NJ,08085 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 7/11/2010 |
| 3 | CARDINAL HLTH | 6012 E MOLLOY RD | SYRACUSE, NY,13211 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 7/11/2010 |
| 4 | AMERISOURCEBERG DRUG | 12727 W AIRPORT BLVD | SUGAR LAND, TX,77478 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 7/11/2010 |
| 5 | CARDINAL HLTH | 1120 COMMERCE BLVD | SWEDESBORO, NJ,08085 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 7/11/2010 |
| 6 | CARDINAL HLTH | 1240 GLUCKSTADT RD | MADISON, MS,39110 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 7/11/2010 |
| 7 | CARDINAL HLTH | 801C ST NW# B | AUBURN, WA,98001 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 7/11/2010 |
| 8 | CARDINAL HLTH | 2512 WESTCOTT BLVD | KNOXVILLE, TN,37931 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 7/11/2010 |
| 9 | CARDINAL HLTH | 6012 E MOLLOY RD | SYRACUSE, NY,13211 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 7/11/2010 |
| 10 | MCKESSON DRUG CO | 14500 E 39TH AVE | AURORA, CO,80011 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 7/11/2010 |
| 11 | AMERISOURCEBERG DRUG | 6305 LASALLE DR | LOCKBOURNE, OH,43137 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 7/11/2010 |
| 12 | MCKESSON DRUG CO | 1515 KENDRICK LANE | LAKELAND, FL,33805 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 7/11/2010 |
| 13 | CARDINAL HLTH | 2353 PROSPECT DR | AURORA, IL,60502 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 7/11/2010 |
| 14 | MCKESSON DRUG CO | 1 COMMERCE DR | O'FALLON, MO,63366 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/30/2010 |
| 15 | MCKESSON DRUG CO | 1515 KENDRICK LANE | LAKELAND, FL,33805 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/30/2010 |
| 16 | MCKESSON DRUG CO | 3230 SPRUCE ST | LITTLE CANADA, MN,55117 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/30/2010 |
| 17 | AMERISOURCEBERGEN DRUG | 238 SAND ISLND ACCESS RD | HONOLULU, HI,96819 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/30/2010 |
| 18 | MCKESSON CORPORATION | 3000 KENSKILL AVE | WASHINGTON COURT HOU, OH,43160 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/30/2010 |
| 19 | MCKESSON CORPORATION | 3000 KENSKILL AVE | WASHINGTON COURT HOU, OH,43160 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/30/2010 |
| 20 | MCKESSON DRUG CO | 2700 N AMERICA DR | WEST SENECA, NY,14224 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/30/2010 |
| 21 | CARDINAL HLTH | 2353 PROSPECT DR | AURORA, IL,60502 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/30/2010 |
| 22 | CARDINAL HLTH | 4 CARDINAL HEALTH CT | GREENSBORO, NC,27407 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/30/2010 |
| 23 | CARDINAL HLTH | 500 JERRY STEELE LN | MCDONOUGH, GA,30253 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/30/2010 |
| 24 | CARDINAL HLTH | 851 HENRIETTA CREEK RD | ROANOKE, TX,76262 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/30/2010 |
| 25 | CARDINAL HLTH | 7601 NE GARDNER AVE | KANSAS CITY, MO,64120 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/30/2010 |
| 26 | MCKESSON DRUG CO | 9 AEGEAN DR | METHUEN, MA,01844 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/30/2010 |
| 27 | AMERISOURCEBERG DRUG CO | 322 N 3RD ST | PADUCAH, KY,42001 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 6/30/2010 |
| 28 | HD SMITH | 8 MARIN WAY | STRATHAM, NH,03885 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 6/29/2010 |
| 29 | AMERISOURCEBERG DRUG | 9900 JEB STUART PKWY | GLEN ALLEN, VA,23059 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/29/2010 |
| 30 | MCKESSON CORPORATION | 3000 KENSKILL AVE | WASHINGTON COURT HOU, OH,43160 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/29/2010 |
| 31 | MCKESSON CORPORATION | 2901 ENLOE ST | HUDSON, WI,54016 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/29/2010 |
| 32 | AMERISOURCE BERGEN DRUG | 1001 W TAYLOR RD | ROMEOVILLE, IL,60446 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/29/2010 |
| 33 | MCKESSON CORPORATION | 1900 S 4490TH W | SALT LAKE CITY, UT,84104 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/29/2010 |
| 34 | MCKESSON DRUG CO | 400 DELRAN PKWY | DELRAN, NJ,08075 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/29/2010 |
| 35 | CARDINAL HLTH | 11 CENTENNIAL DR | PEABODY, MA,01960 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/29/2010 |
| 36 | CARDINAL HEALTH | 13651 DUBLIN COURT | STAFFORD, TX,77477 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/29/2010 |
| 37 | AMERISOURCEBERG DRUG CO | 322 N 3RD ST | PADUCAH, KY,42001 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/29/2010 |
| 38 | MCKESSON DIST WHSLE | 7721 POLK ST | LANDOVER, MD,20785 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/29/2010 |
| 39 | MCKESSON DRUG CO | 3003 AIRPORT RD | LA CROSSE, WI,54603 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/29/2010 |
| 40 | CARDINAL HLTH | 600 N 83RD AVE | TOLLESON, AZ,85353 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/28/2010 |
| 41 | MCKESSON DRUG CO | 280 DIVIDEND RD | ROCKY HILL, CT,06067 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/28/2010 |
| 42 | AMERISOURCEBERGEN DRUG | 1825 S 43RD AVE #B | PHOENIX, AZ,85009 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/28/2010 |
| 43 | CARDINAL HLTH | 2045 INTERSTATE DR | LAKELAND, FL,33805 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/28/2010 |
| 44 | MCKESSON DRUG CO | 280 DIVIDEND RD | ROCKY HILL, CT,06067 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/28/2010 |
| 45 | CARDINAL HLTH | 71 MIL-ACRES DR | WHEELING, WV,26003 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/28/2010 |
| 46 | MCKESSON CORP DC #144 | 1995 MCKESSON ST STE 10 | AURORA, IL,60502 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/28/2010 |
| 47 | MCKESSON CORPORATION | 9501 NORWALK BLVD | SANTA FE SPRINGS, CA,90670 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 6/25/2010 |
| 48 | MCKESSON DRUG CO | 14500 E 39TH AVE | AURORA, CO,80011 | | PAMIDRONATE DISODIUM INJ 6 MG/ML 10ML SDV | | 6/25/2010 |
| 49 | MCKESSON DRUG CO | 710 132ND ST SW | EVERETT, WA,98204 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/25/2010 |
| 50 | MCKESSON DRUG CO | 2975 EVERGREEN DR | DULUTH, GA,30096 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/25/2010 |
| 51 | MCKESSON DRUG CO | 4012 S PURDUE ST | OKLAHOMA CITY, OK,73179 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/25/2010 |
| 52 | MCKESSON DRUG CO | 120 TRANS AIR DRIVE | MORRISVILLE, NC,27560 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/25/2010 |
| 53 | AMERISOURCEBERGEN DRUG | 1765 FREMONT DR | SALT LAKE CITY, UT,84104 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/25/2010 |
| 54 | MCKESSON DRUG CO | 2798 NEW BUTLER #RD-205 | NEW CASTLE, PA,16101 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/25/2010 |
| 55 | MCKESSON CORPORATION | 3301 POLLOK DR | CONROE, TX,77303 | | PAMIDRONATE DISODIUM INJ 9 MG/ML 10 ML SDV | | 6/25/2010 |
| 56 | MCKESSON CORPORATION | 1900 S 4490TH W | SALT LAKE CITY, UT,84104 | | PAMIDRONATE DISODIUM INJ 3MG/ML 10ML SDV | | 6/25/2010 |

EXHIBIT B



ONCOLOGY SUPPLY
Put Us Into Practice

P.O. Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482

2022-1866

ADDRESS SERVICE REQUESTED

| | INVOICE |
|---|---|
| | INVOICE NO. 13010647746 |

| DATE | PAGE | ROUTE |
|---|---|---|
| 06-02-2004 | 1 of 1 | ALPHA |

SOUTHEAST FLORIDA HEM/ONC
5700 N FEDERAL HWY, STE 5
FORT LAUDERDALE, FL 33308-2600

Ship To:

SOUTHEAST FLORIDA HEM/ONC
5700 N FEDERAL HWY, STE 5
FORT LAUDERDALE, FL 33308-2600

2022-1866*1921CNTS0000252

| ORDER # / DATE | ACCOUNT NUMBER | LOB / CUSTOMER TYPE | SALESPERSON / DEPT | CUSTOMER PO / TERMS |
|---|---|---|---|---|
| 320484437 | A 000031136  C 000031136 | OSC | DOT095   DOT011 | |
| 06-02-2004 | B 000031136  D 000031136 | 030 | | 2.5% 15, 2% 45, 1% 75, Net 76 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 3 | 3 | 0 | 22587 | RX | ELOXATIN 50MG VL PWD  NDC # -- 00024-0596-02 | | | |
| 8 | 8 | 0 | 11398 | RX | GEMZAR 1GM VL 50ML  NDC # -- 00002-7502-01 | | | |
| 8 | 8 | 0 | 11399 | RX | GEMZAR 200MG VL 10ML  NDC # -- 00002-7501-01 | | | |
| 5 | 5 | 0 | 22182 | RX | PAMIDRONATE LIQ 9MG/ML SDV10ML  NDC # -- 63323-0735-10 | | | |

Comments:

| | |
|---|---|
| SUBTOTAL | |
| TOTAL TAX | 0.00 |
| AMOUNT DUE | 8,863.84 |

* A Division of AmerisourceBergen Specialty Group.

PLEASE RETURN THIS STUB WITH REMITTANCE, THANK YOU

1921CPJBU:1.2

If postmarked by   06-17-2004 Pay $ 8642.25
If postmarked by   07-17-2004 Pay $ 8686.57
If postmarked by   08-16-2004 Pay $ 8775.21
If postmarked by   08-17-2004 Pay $ 8863.84
If postmarked after 08-17-2004 Pay $ 8952.47
Terms : 2.5% 15, 2% 45, 1% 75, Net 76
There will be an additional 1% charge per 30 days after the due date.

| CUSTOMER NUMBER | 000031136 |
|---|---|
| INVOICE NUMBER | 13010647746 |
| INVOICE DATE | 06-02-2004 |
| AMOUNT DUE | $ 8,863.84 |
| DUE DATE | 08-17-2004 |



ONCOLOGY SUPPLY
Put Us Into Practice

Please indicate payment amount and check number in the boxes provided.

| CHECK NUMBER | |
|---|---|
| AMOUNT PAID | $ |

Please Remit To:

ONCOLOGY SUPPLY
PO BOX 676554
DALLAS, TX 75267-6554

000031136130106477460000008863840000000081720046



**ONCOLOGY SUPPLY**
Put Us Into Practice

P.O. Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482

2022-1866

ADDRESS SERVICE REQUESTED

# INVOICE

| INVOICE NO. 13010663670 | | |
|---|---|---|
| DATE | PAGE | ROUTE |
| 06-22-2004 | 1 of 1 | ALPHA |

SOUTHEAST FLORIDA HEM/ONC
5700 N FEDERAL HWY, STE 5
FORT LAUDERDALE, FL 33308-2600

Ship To:

SOUTHEAST FLORIDA HEM/ONC
5700 N FEDERAL HWY, STE 5
FORT LAUDERDALE, FL 33308-2600

2022-1866*19M1C4K5Z000418

| ORDER # / DATE | ACCOUNT NUMBER | LOB / CUSTOMER TYPE | SALESPERSON / DEPT | CUSTOMER PO / TERMS |
|---|---|---|---|---|
| 320493921 | A 000031136  C 000031136 | OSC | DOT072  DOT011 | |
| 06-22-2004 | B 000031136  D 000031136 | 030 | | 2.5% 15, 2% 45, 1% 75, Net 76 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY. B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 12 | 12 | 0 | 11629 | RX | ANZEMET 100MG PF SDV 5ML  NDC # -- 00088-1206-32 | | | |
| 1 | 1 | 0 | 11515 | RX | HEPARIN LF 100UN/ML FTV25X10ML  NDC # -- 00074-1152-70 | | | |
| 5 | 5 | 0 | 10719 | RX | LEUCOVORIN CA 100MG VL 20ML  NDC # -- 00703-5140-01 | | | |
| 4 | 4 | 0 | 20018 | RX | LEUCOVORIN CA 10MG/ML 50ML SOL  NDC # -- 55390-0009-01 | | | |
| 5 | 5 | 0 | 22162 | RX | PAMIDRONATE LIQ 9MG/ML SDV 10ML  NDC # -- 63323-0735-10 | | | |

Comments:

* A Division of AmerisourceBergen Specialty Group.

| | |
|---|---|
| SUBTOTAL | |
| TOTAL TAX | 0.00 |
| AMOUNT DUE | 1,753.31 |

PLEASE RETURN THIS STUB WITH REMITTANCE, THANK YOU

19M1C7POD:2.3

If postmarked by    07-07-2004 Pay $ 1709.48
If postmarked by    08-06-2004 Pay $ 1718.25
If postmarked by    09-05-2004 Pay $ 1735.78
If postmarked by    09-06-2004 Pay $ 1753.31
If postmarked after 09-06-2004 Pay $ 1770.84
Terms : 2.5% 15, 2% 45, 1% 75, Net 76
There will be an additional 1% charge per 30 days after the due date.

| CUSTOMER NUMBER | 000031136 |
|---|---|
| INVOICE NUMBER | 13010663670 |
| INVOICE DATE | 06-22-2004 |
| AMOUNT DUE | $ 1,753.31 |
| DUE DATE | 09-06-2004 |



**ONCOLOGY SUPPLY**
Put Us Into Practice

Please indicate payment amount and check number in the boxes provided.

| CHECK NUMBER | |
|---|---|
| AMOUNT PAID | $ |

Please Remit To:

ONCOLOGY SUPPLY
PO BOX 676554
DALLAS, TX 75267-6554

000031136130106637000000017533100000009062047