# OSBORN LAW, P.C.

## 295 MADISON AVENUE
### NEW YORK, NEW YORK 10017

DANIEL A. OSBORN
PHILIP J. MILLER
ADRIANNE J. LEVEN

TELEPHONE
212 - 725 - 9800

FACSIMILE
212 - 725 - 9808

August 26, 2010

*BY ECF*

Honorable Steven M. Gold
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     *In re: Pamidronate Products Liability Litigation*
>            1:09-md-02120-KAM–SMG (E.D.N.Y.)

Dear Judge Gold:

Pursuant to the Court's Scheduling Order entered yesterday, a telephone conference has been scheduled for 10:30 a.m. on September 1, 2010. The undersigned counsel for plaintiffs has confirmed the date and time of this call with opposing counsel in writing by electronic mail.

I write to notify the Court that, as directed, this office has made the necessary arrangements for the conference call. To participate in the conference call please dial (800) 423-1988 and, when prompted, enter the Participant Passcode 1480400. A copy of the conference call confirmation is attached for the Court's reference. If the Court prefers to be called after all of the parties have joined the call, I respectfully ask that Chambers call me.

A copy of this letter will be sent to opposing counsel by electronic mail, as well as by the Court's electronic case filing system.

Respectfully,

Philip J. Miller

Attachment



# TeleDirect (Resrvd Unattended)
# Confirmation

**Conference ID    1480400**

Date:    26-Aug-10
To:      Esther Rosa
Company:OSBORN LAW PC - CRB111842

**Phone:**  1 212-725-9800
**Fax:**
**E-Mail:**  erosa@osbornlawpc.com

Your event is confirmed as detailed below.   Please contact us if you wish to change any details.

## Conference Information

| | | | |
|---|---|---|---|
| **Date of Event:** | 01-Sep-10 | **Time:**  10:30 | **Time Zone:** New York |
| **Duration:** | 00:30 hrs | **Lines Reserved:**  8 | |
| **Moderator:** | Dan Osborn | | |
| **Conference Name:** | NONE | | |
| **Participant Passcode:** | 1480400 | **Moderator Passcode:** | |
| **Language Of Call:** | English | | |

## Billing Code

| Description | Value |
|---|---|
| Billing Code | 7800 0000 |

## Conference Access

| User Type | Phone Type | Dial-In Number(s) | Number of Lines |
|---|---|---|---|
| Attendee | Toll Free | (800) 423-1988 | 8 |

| Type | Dial-Out Number(s) | Name |
|---|---|---|
| Moderator | | Osborn, Dan |

## Special Services

**Talk Hold**
**Announce None**
**Call Moderator No**
**Moderator Entry None**
**BothTone**
**Interactive**



<u>*Special Information*</u>

<u>*Support*</u>

**NOTE:**If you require assistance during the conference please press\*0for the operator.

If you need to make a change, add a feature or cancel the conference, please call our reservations department at 800-255-5661 or note your changes on the reservation and fax to 800-283-1329.

Thank you for using InterCall